**U.S. Patent No. US 9,552,724 v. Sea.AI**

1

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P]  A method for reporting for onboard vehicle traffic flow data acquisition and reporting for onboard vehicle navigation, the method comprising: | Sea.AI ("Company") performs and/or induces others to perform a method for vehicle traffic flow data acquisition and reporting for onboard vehicle navigation. |
|  | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
|  | For example, Company provides Sentry, a 360° situational awareness and surveillance system that uses daylight cameras and thermal cameras to provide functionalities such as target tracking, perimeter surveillance, collision avoidance and maritime situational awareness information ("vehicle traffic flow data acquisition") for a user's vessel (ship). The user's vessel comprising Sentry obtains information about surrounding marine traffic such as nearby vessels, floating obstacles, unsignalled craft, containers, buoys, inflatables, kayaks (referred to hereinafter as 'target vessel'), and persons overboard by using thermal and optical cameras. Further, the system uses machine vision to detect and track the target vessels using AI-processing and proprietary algorithms. Once the target vessel is detected, the system displays the tracked target vessels onto the onboard multifunction display of the user's vessel ("reporting for onboard vehicle navigation") to provide situational awareness. Additionally, the system automatically alerts the user about potential collisions and approaching objects by constantly monitoring the surroundings of the user's vessel. |
|  |  |
|  | Source: https://sea.ai/product/sentry-collision-avoidance-for-motor-vessels/ |

2

# How it works

SEA.AI computes input from low-light and thermal on-board cameras to paint a digital landscape of the vessel's surroundings.

**Vehicle Traffic Flow Data Acquisition**

High-performance cameras record the sea non-stop from the vessel to the horizon in all directions. Artificial intelligence processes images in real-time, detects floating hazards and warn the crew.

Source: https://sea.ai/sailing-software-update-v7/ (annotated)

SEA.AI detects floating objects early, using thermal and optical cameras to catch even objects that escape conventional systems such as Radar or AIS: unsignalled craft, floating obstacles, containers, buoys, inflatables, kayaks and persons over board.

Source: https://sea.ai/product-sentry/

3





**Camera Unit**

Combination of high-resolution, low-light and thermal cameras with integrated image processors

✓ High resolution images day and night

✓ Detection of temperature differences up to 0.05°C

✓ Image stabilization at pixel-level accuracy

✓ Works stand-alone, no internet connection required

**Artificial Intelligence**

Integrated image processing software, developed and owned by SEA.AI

✓ Real-time processing of the camera stream

✓ Detection and tracking of objects through proprietary algorithms

✓ Iterative software, constantly gaining competence

ⓘ With every software update the object recognition becomes ever more performing

**Navigation Assistance**

Control the system using the SEA.AI app on the vessel's onboard multifunction displays, computers or on tablets

**Reporting for On-Board Vehicle Navigation**

✓ Augmented reality video stream

✓ Intelligent alarm-based at threat level

✓ Intuitive design

Source: https://sea.ai/our-technology/ (annotated)

5

| | |
|---|---|
| [1.1] acquiring, at a first location, data of multiple vehicles travelling through the first location, wherein said data is | In practice the outputs from SEA.AI's cameras eliminate the digital 'noise' of the sea to determine potential targets in real time. The visual and thermal signatures of these targets is then compared to those within SEA.AI's ever-growing proprietary database of millions of annotated marine objects. This process harnesses the latest machine vision technology, best-in-class deep learning capabilities enabling SEA.AI to provide the most comprehensive digital interpretation of a vessel's surroundings. Its output can be shown on a display on the bridge or on a computer or tablet. Once potential collisions have been determined, SEA.AI will automatically alert the crew. The system is stand-alone and requires no internet connection. — Reporting for On-Board Vehicle Navigation

With its cameras suitably mounted, SEA.AI's Sentry (aimed at commercial and governmental ships) will identify larger vessels not fitted with AIS up to a range of 7.5km; smaller craft such as local fishing boats, dinghies and inflatables up to 3km and buoys and potentially dangerous flotsam up to 700m away. This latter feature, assisted by its thermal cameras, makes the SEA.AI Sentry an invaluable tool in man overboard search and rescue situations.

Source: https://sea.ai/fred-olsen-express-equipped-with-sea-ai/ (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

Company performs and/or induces others to perform the step of acquiring, at a first location, data of multiple vehicles travelling through the first location, wherein said data is acquired from a source not travelling in the vehicle.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the user's vessel comprising Sentry obtains information about the surrounding marine traffic such as nearby target vessels by using an externally mounted unit that comprises daylight cameras and thermal cameras. Further, the system also uses machine vision to compare the visual and thermal signatures of the tracked target vessels at each perimeter location with Sea.AI's proprietary database and classify the tracked target vessel by matching it with the annotated marine objects present in the database using AI processing. Therefore, it would be apparent to a person having ordinary skill in the art that Sentry embedded in the user's vessel acquires data of different target vessels ("data of |

acquired from a source not travelling in the vehicle;

multiple vehicles") at a first perimeter location ("a first location") such that the target vessels are traveling through the first perimeter location. Further, the data about the target vessels is acquired from the user's vessel, different from the target vessels ("wherein said data is acquired from a source not travelling in the vehicle") using Sentry.

SEA.AI detects floating objects early, using thermal and optical cameras to catch even objects that escape conventional systems such as Radar or AIS: unsignalled craft, floating obstacles, containers, buoys, inflatables, kayaks and persons over board.

Multiple vehicles

Source: https://sea.ai/product-sentry/ (annotated)

To achieve this, it uses an externally mounted unit, typically mounted at the highest point on the ship. This unit is fitted with two high resolution daylight cameras capable of operating in the lowest light and contrast situations. In addition, it has two thermal cameras, accurate to 0.05°C which enable SEA.AI to function at night. The cameras are both gyro and digitally stabilised to provide a constant watch 360° around the vessel.

Source: https://sea.ai/fred-olsen-express-equipped-with-sea-ai/

7

In practice the outputs from SEA.AI's cameras eliminate the digital 'noise' of the sea to determine potential targets in real time. The visual and thermal signatures of these targets is then compared to those within SEA.AI's ever-growing proprietary database of millions of annotated marine objects. This process harnesses the latest machine vision technology, best-in-class deep learning capabilities enabling SEA.AI to provide the most comprehensive digital interpretation of a vessel's surroundings. Its output can be shown on a display on the bridge or on a computer or tablet. Once potential collisions have been determined, SEA.AI will automatically alert the crew. The system is stand-alone and requires no internet connection.

With its cameras suitably mounted, SEA.AI's Sentry (aimed at commercial and governmental ships) will identify larger vessels not fitted with AIS up to a range of 7.5km; smaller craft such as local fishing boats, dinghies and inflatables up to 3km and buoys and potentially dangerous flotsam up to 700m away. This latter feature, assisted by its thermal cameras, makes the SEA.AI Sentry an invaluable tool in man overboard search and rescue situations.

Source: https://sea.ai/fred-olsen-express-equipped-with-sea-ai/

## Camera Unit

Combination of high-resolution, low-light and thermal cameras with integrated image processors.

✓ High resolution images day and night
✓ Detection of temperature differences up to 0.05°C
✓ Image stabilization at pixel-level accuracy
✓ Works stand-alone, no internet connection required

Source: https://sea.ai/our-technology/

## Artificial Intelligence

Integrated image processing software, developed and owned by SEA.AI

✓ Real-time processing of the camera stream
✓ Detection and tracking of objects through proprietary algorithms
✓ Iterative software, constantly gaining competence
⊕ With every software update the object recognition becomes ever more performing



Source: https://sea.ai/sailing-software-update-v7/ (annotated)

Adding SEA.AI equipment to the vessel confronts one of the gravest concerns at sea. Potential collision with vessels lacking AIS signals and lurking unnoticed on radar. In these critical moments SEA.AI steps in, providing comprehensive situational awareness with 24/7 automatic detection and sounding alarms to alert the crew.



System alarms

AI-trained on real-life objects

Range and speed of detected objects

130
8 km

A first location

Data of multiple vehicles

Source: https://sea.ai/sailing/racing/ (annotated)

Source: https://youtu.be/2skH5vBHcfs, at 0:34 (annotated)

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.2] individually identifying the multiple vehicles from the first location data; | Company performs and/or induces others to perform the step of individually identifying the multiple vehicles from the first location data. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Sentry utilizes machine vision to compare the visual and thermal signatures of the tracked target vessels with Sea.AI's proprietary database and classifies the tracked target vessel. Further, AI processing is used to match the obtained visual and thermal signatures with the annotated marine objects present in the database, thereby, identifying the different target vessels ("individually identifying the multiple vehicles") and providing information about each target vessel such as its type and range from the user's vessel. Therefore, it would be apparent to a person having ordinary skill in the art that Sentry identifies each target vessel surrounding the user's vessel at the first perimeter location ("the first location data"). |
| | 

**Artificial Intelligence**

Integrated image processing software, developed and owned by SEA.AI

✓ Real-time processing of the camera stream

✓ Detection and tracking of objects through proprietary algorithms

✓ Iterative software, constantly gaining competence

● With every software update the object recognition becomes ever more performing |

Source: https://sea.ai/our-technology/

# SEA.AI bridges the awareness gap on the water

SEA.AI provides early and reliable alerts to crews about objects on the water's surface. By combining the latest camera technology with artificial intelligence, SEA.AI enhances detection capabilities beyond conventional systems like Radar or AIS. It identifies and classifies a wide range of objects — including floating debris, rafts, buoys, boats not equipped with AIS, and persons overboard — that traditional systems might miss.

Source: https://sea.ai/our-technology/ (annotated)

Individually identifying the multiple vehicles



1.DETECTION      2.CLASSIFICATION      3.RISK ASSESSMENT



Source: https://youtu.be/6uYaoD86Oic, at 0:38

Source: https://youtu.be/6uYaoD86Oic, at 0:22

In practice the outputs from SEA.AI's cameras eliminate the digital 'noise' of the sea to determine potential targets in real time. The visual and thermal signatures of these targets is then compared to those within SEA.AI's ever-growing proprietary database of millions of annotated marine objects. This process harnesses the latest machine vision technology, best-in-class deep learning capabilities enabling SEA.AI to provide the most comprehensive digital interpretation of a vessel's surroundings. Its output can be shown on a display on the bridge or on a computer or tablet. Once potential collisions have been determined, SEA.AI will automatically alert the crew. The system is stand-alone and requires no internet connection.

With its cameras suitably mounted, SEA.AI's Sentry (aimed at commercial and governmental ships) will identify larger vessels not fitted with AIS up to a range of 7.5km; smaller craft such as local fishing boats, dinghies and inflatables up to 3km and buoys and potentially dangerous flotsam up to 700m away. This latter feature, assisted by its thermal cameras, makes the SEA.AI Sentry an invaluable tool in man overboard search and rescue situations.

Source: https://sea.ai/fred-olsen-express-equipped-with-sea-ai/



Source: https://sea.ai/sailing-software-update-v7/ (annotated)

| [1.3] acquiring, at a second location, data of said location, data of said | Source: https://sea.ai/sailing-software-update-v7/ (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.<br><br>Company performs and/or induces others to perform the step of acquiring, at a second location, data of said multiple vehicles travelling through the second location and determining an elapsed time of travel from said data for the individually identified vehicles travelling through the two locations.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| --- | --- |



Individually identifying the multiple vehicles

| | |
|---|---|
| multiple vehicles travelling through the second location; and determining an elapsed time of travel from said data for the individually identified vehicles travelling through the two locations; | For example, Sentry detects, tracks, and classifies the target vessels surrounding the user's vessel and provides information about the target vessel such as its type, range from the user's vessel and speed ("data of said multiple vehicles")). Since the system provides information about the speed of the target vessel and its distance range from the user's vessel at different perimeter locations, upon information and belief, Sentry acquires data of each target vessel at a second perimeter location ("a second location") such that an elapsed time of travel is calculated based on the data acquired for each target vessel traveling through the first perimeter location and the second perimeter location.<br><br>## SEA.AI bridges the awareness gap on the water<br><br>SEA.AI provides early and reliable alerts to crews about objects on the water's surface. By combining the latest camera technology with artificial intelligence, SEA.AI enhances detection capabilities beyond conventional systems like Radar or AIS. It identifies and classifies a wide range of objects – including floating debris, rafts, buoys, boats not equipped with AIS, and persons overboard – that traditional systems might miss.<br><br>Source: https://sea.ai/our-technology/ |



Source: https://sea.ai/sailing-software-update-v7/ (annotated)

| [1.4] computing a rate of travel for each of the individually identified multiple vehicles based upon the elapsed time of travel; and, | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
|---|---|
| | Source: https://sea.ai/sailing/racing/ (annotated) |
| | Adding SEA.AI equipment to the vessel confronts one of the gravest concerns at sea. Potential collision with vessels lacking AIS signals and lurking unnoticed on radar. In these critical moments SEA.AI steps in, providing comprehensive situational awareness with 24/7 automatic detection and sounding alarms to alert the crew. |
| | ((ᗋ)) System alarms   (o^o) AI-trained on real-life objects   (i) Range and speed of detected objects |
| | **Data of said multiple vehicles** |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | Company performs and/or induces others to perform the step of computing a rate of travel for each of the individually identified multiple vehicles based upon the elapsed time of travel. |
| | For example, Sentry provides users with information about the target vessels such as their type, range from the user's vessel, and speed ("rate of travel") through the Sea.AI application interface presented on the onboard multifunction display of the user's vessel. Since Sentry transmits the speed of each tracked target vessel ("individually identified multiple vehicles"), upon information and belief, the system calculates the transmitted speed of the target vessel based on the elapsed time of travel. |

20



Adding SEA.AI equipment to the vessel confronts one of the gravest concerns at sea. Potential collision with vessels lacking AIS signals and lurking unnoticed on radar. In these critical moments SEA.AI steps in, providing comprehensive situational awareness with 24/7 automatic detection and sounding alarms to alert the crew.

System alarms

AI-trained on real-life objects

Range and speed of detected objects

Source: https://sea.ai/sailing/racing/ (annotated)

Source: https://sea.ai/sailing-software-update-v7/ (annotated)

Motor Vessel
Sailing Vessel
Buoy
Unknown Hazard

Bounding Box

Map View   Colour View   Thermal view   Navigation Modes   Sound options   Notification Center   Settings

NMEA 2000 information

Individually identified multiple vehicles

Rate of travel

082  4.2  6.1

21

## Navigation Assistance

Control the system using the SEA.AI app on the vessel's onboard multifunction displays, computers or on tablets

❮ Augmented reality video stream

❮ Intelligent alarm-based at threat level

❮ Intuitive design

Source: https://sea.ai/our-technology/

| | | |
|---|---|---|
| [1.5] broadcasting the rate of travel for at least one of the individually identified multiple vehicles to a subscriber for | | **The SEA.AI system seamlessly integrates with any modern chart plotter, onboard computer, tablet, or smartphone.**<br><br>**Experience this app as if you were on board, navigating between three distinct viewing modes: low-light augmented reality view, thermal augmented reality view, and map view.**<br><br>**Additionally, switch between sequences by clicking on the top button labeled 'change sample' to witness how we detect containers during daytime, man overboard incidents, and nighttime scenarios.** |
| | | Source: https://sea.ai/our-technology/ |
| | | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| | | Company performs and/or induces others to perform the step of broadcasting the rate of travel for at least one of the individually identified multiple vehicles to a subscriber for at least one of the two locations. |
| | | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | | For example, Sentry processes the information about each tracked target vessel such as its type, range from the user's vessel, and speed for target tracking, perimeter surveillance, and collision avoidance. Further, the system transmits the information ("broadcasting the rate of travel for at least one of the individually identified multiple vehicles") to the onboard multifunction display of the user's vessel ("a subscriber for at least one of the two locations") through Sea.AI application interface. |

| at least one of the two locations, | In practice the outputs from SEA.AI's cameras eliminate the digital 'noise' of the sea to determine potential targets in real time. The visual and thermal signatures of these targets is then compared to those within SEA.AI's ever-growing proprietary database of millions of annotated marine objects. This process harnesses the latest machine vision technology, best-in-class deep learning capabilities enabling SEA.AI to provide the most comprehensive digital interpretation of a vessel's surroundings. Its output can be shown on a display on the bridge or on a computer or tablet. Once potential collisions have been determined, SEA.AI will automatically alert the crew. The system is stand-alone and requires no internet connection.<br><br>With its cameras suitably mounted, SEA.AI's Sentry (aimed at commercial and governmental ships) will identify larger vessels not fitted with AIS up to a range of 7.5km; smaller craft such as local fishing boats, dinghies and inflatables up to 3km and buoys and potentially dangerous flotsam up to 700m away. This latter feature, assisted by its thermal cameras, makes the SEA.AI Sentry an invaluable tool in man overboard search and rescue situations.<br><br>Source: https://sea.ai/fred-olsen-express-equipped-with-sea-ai/ |

The SEA.AI system seamlessly integrates with any modern chart plotter, onboard computer, tablet, or smartphone.

Experience this app as if you were on board, navigating between three distinct viewing modes: low-light augmented reality view, thermal augmented reality view, and map view.

Additionally, switch between sequences by clicking on the top button labeled 'change sample' to witness how we detect containers during daytime, man overboard incidents, and nighttime scenarios.

Source: https://sea.ai/our-technology/

Adding SEA.AI equipment to the vessel confronts one of the gravest concerns at sea. Potential collision with vessels lacking AIS signals and lurking unnoticed on radar. In these critical moments SEA.AI steps in, providing comprehensive situational awareness with 24/7 automatic detection and sounding alarms to alert the crew.

((⌂))  System alarms

(⊙⊙)  AI-trained on real-life objects

(i)  Range and speed of detected objects

Broadcasting the rate of travel for at least one of the individually identified multiple vehicles

Source: https://sea.ai/sailing/racing/ (annotated)



## Camera Unit

Combination of high-resolution, low-light and thermal cameras with integrated image processors.

- High resolution images day and night
- Detection of temperature differences up to 0.05°C
- Image stabilization at pixel-level accuracy
- Works stand-alone, no internet connection required

## Artificial Intelligence

Integrated image processing software, developed and owned by SEA.AI

- Real-time processing of the camera stream
- Detection and tracking of objects through proprietary algorithms
- Iterative software, constantly gaining competence
- With every software update the object recognition becomes ever more performing

## Navigation Assistance

Control the system using the SEA.AI app on the vessel's onboard multifunction displays, computers or on tablets

- Augmented reality video stream
- Intelligent alarm-based at threat level
- Intuitive design

Source: https://sea.ai/our-technology/

26

| | |
|---|---|
| [1.6] wherein broadcasting the rate of travel for at least one of the | Source: https://sea.ai/product-sentry <br><br>  <br><br> Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. <br><br> Company performs and/or induces others to perform the step wherein broadcasting the rate of travel for at least one of the individually identified multiple vehicles to the subscriber for at least one of the two locations, further comprises additionally broadcasting the acquired data to the subscriber. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| individually identified multiple vehicles to the subscriber for at least one of the two locations, further comprises additionally broadcasting the acquired data to the subscriber. | For example, Sentry processes and displays comprehensive tracked information for each target vessel, including its type and range from the user's vessel. Additionally, data on all tracked target vessels, along with alerts related to them, are presented to the user ("additionally broadcasting the acquired data to the subscriber") through the interface.<br><br><br><br>Source: https://sea.ai/sailing/racing/ (annotated) |



Source: https://youtu.be/2skH5vBHcfs, at 0:34 (annotated)

Additionally broadcasting the acquired data to the subscriber

In practice the outputs from SEA.AI's cameras eliminate the digital 'noise' of the sea to determine potential targets in real time. The visual and thermal signatures of these targets is then compared to those within SEA.AI's ever-growing proprietary database of millions of annotated marine objects. This process harnesses the latest machine vision technology, best-in-class deep learning capabilities enabling SEA.AI to provide the most comprehensive digital interpretation of a vessel's surroundings. Its output can be shown on a display on the bridge or on a computer or tablet. Once potential collisions have been determined, SEA.AI will automatically alert the crew. The system is stand-alone and requires no internet connection.

Additionally broadcasting the acquired data to the subscriber

Source: https://sea.ai/fred-olsen-express-equipped-with-sea-ai/ (annotated)

With its cameras suitably mounted, SEA.AI's Sentry (aimed at commercial and governmental ships) will identify larger vessels not fitted with AIS up to a range of 7.5km; smaller craft such as local fishing boats, dinghies and inflatables up to 3km and buoys and potentially dangerous flotsam up to 700m away. This latter feature, assisted by its thermal cameras, makes the SEA.AI Sentry an invaluable tool in man overboard search and rescue situations.

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

## 2. List of References

1. https://sea.ai/product/sentry-collision-avoidance-for-motor-vessels/, last accessed on 3rd October, 2024.
2. https://sea.ai/sailing-software-update-v7/, last accessed on 3rd October, 2024.
3. https://sea.ai/product-sentry/, last accessed on 3rd October, 2024.
4. https://sea.ai/our-technology/, last accessed on 3rd October, 2024.
5. https://sea.ai/fred-olsen-express-equipped-with-sea-ai/, last accessed on 3rd October, 2024.
6. https://youtu.be/2skH5vBHcfs, last accessed on 3rd October, 2024.
7. https://youtu.be/6uVaoD86Oic, last accessed on 3rd October, 2024.
8. https://sea.ai/sailing/racing/, last accessed on 3rd October, 2024.